UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLAKUNLE JOHNSON EDDO,
        Petitioner,

      v.                         C.A. No. 04-40223-RGS

DAVID L. WINN, et al.,
        Respondents.

<u>PROCEDURAL ORDER</u>

On October 26, 2004, petitioner Olakunle Johnson Eddo filed a petition for a writ of habeas corpus but did not submit the $5.00 filing fee or an application to proceed without prepayment of fees.  For the reasons stated below, he shall either pay the filing fee or seek a waiver of it within 42 days or this action will be dismissed without prejudice.

A party filing a Section 2241 habeas corpus petition must either (1) pay the $5 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees. <u>See</u> 28 U.S.C. § 1914(a) (filing fees); § 1915 (proceedings <u>in forma pauperis</u>).  An application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration.  <u>See</u> Rule 1 of the Rules Governing Section 2254 Cases (rules may applied to other habeas petitions at court's discretion); Rule 3(a) (if a petitioner desires to prosecute petition <u>in forma pauperis</u>, he shall file the affidavit required by § 1915 and a certified statement of

amount of funds in prisoner's institutional account); 28
U.S.C. § 1915(a)(2).  For the convenience of litigants, this
Court provides a standardized form for fee waiver
applications.

ACCORDINGLY, if Eddo wishes to proceed with this action,
he shall, within 42 days of the date of this order, (i) submit
the $5 filing fee or (2) an application to waive prepayment of
the filing fee with a certified account statement for the 6-
month period immediately preceding the filing of this petition
or this action will be dismissed without prejudice for failure
to pay the filing fee.

The Clerk shall send Eddo an application to proceed
without prepayment of fees and affidavit with this order.
SO ORDERED.

Dated at Boston, Massachusetts, this 1st day of November
2004.


/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE