```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

OLAKUNLE JOHNSON EDDO,
      Petitioner,

    v.                          C.A. NO.  04-40223-RGS

DAVID L. WINN, et al.
      Respondents.

## O R D E R

On October 26 2004, petitioner Olakunle Johnson Eddo, a prisoner confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

(2) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

 11/1/04                     /s/ Richard G. Stearns
Date                        United States District Judge