```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

OLAKUNLE JOHNSON EDDO,         )
          Petitioner,          )
                               )   C.A. No. 04-40223-RGS
     v.                        )
                               )
DAVID WINN, Warden, et al.,    )
          Respondents.         )
```

MEMORANDUM AND ORDER

Now before the Court is petitioner's amendment to his petition under 28 U.S.C. § 2241 for writ of habeas corpus. For the reasons set forth below, the clerk is directed to serve the amendment on respondent.

BACKGROUND

On October 28, 2004, Olakunle Johnson Eddo, an inmate at FMC Devens, filed his self-prepared petition under 28 U.S.C. § 2241 for writ of habeas corpus. On November 1, 2004, the Court ordered service of the petition and granted petitioner forty-two (42) days to either pay the $5.00 filing fee or file an Application to Proceed Without Prepayment of Fees. Petitioner has until December 13, 2004 to either pay the filing fee or file a request for waiver of the filing fee.

Although the Court's records indicate that petitioner has not yet paid the $5.00 filing fee or filed an Application to Proceed Without Prepayment of Fees, he has filed an amendment to his habeas petition.

DISCUSSION

The Federal Rules of Civil Procedure apply to § 2254 habeas petitions to the extent that they are not inconsistent with the Rules Governing Section 2254 Proceedings, 28 U.S.C. foll. § 2254. See Fed. R. Civ. P. 81(a)(2); Rule 11, 28 U.S.C. foll. § 2254. Although this petition was brought pursuant to Section 2241 and not Section 2254, the rules governing Section 2254 cases may be applied at the discretion of the district court to other habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 proceedings; Perez v. Hemingway, 157 F. Supp. 2d 790, 795 (E.D. Mich. 2001).

To the extent petitioner seeks to file his "Amendment to Petitioner's Motion under 28 U.S.C. § 2241 to be Expedited," the Federal Rules of Civil Procedure provide that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served...." Fed. R. Civ. P. 15(a). Because the respondents have not filed a responsive pleading, the petitioner may file, as a matter of course, his amendment. See Fed. R. Civ. P. 15(a).

ORDER

ACCORDINGLY, it is hereby ORDERED that the Clerk of this Court serve a copy of the amendment to petitioner's motion under 28 U.S.C. § 2241, by certified mail, upon (i) David

Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>23rd</u> day of <u>November</u>, 2004.

                                <u>/s/ Richard G. Stearns</u>
                                RICHARD G. STEARNS
                                UNITED STATES DISTRICT JUDGE