UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLAKUNLE JOHNSON, EDDO, )<br>     Petitioner, )<br>)<br>v. )<br>)<br>DAVID L. WINN, Warden, et al., )<br>     Respondents. )<br>) | CIVIL ACTION<br>NO. 04-40223-RGS |

**NOTICE OF APPEARANCE**

Please enter the undersigned as counsel for the respondents in the above-captioned action.

               Respectfully submitted,

               MICHAEL J. SULLIVAN
               United States Attorney

               /s/Eugenia M. Carris
               Eugenia M. Carris
               Assistant United States Attorney
               U.S. Attorney's Office
               1 Courthouse Way, Suite 9200
               Boston, MA 02210
               (617) 748-3100

Dated: November 26, 2004

**CERTIFICATE OF MAILING**

This is to certify that a true copy of the foregoing was mailed, first class mail on November 26, 2004, upon the pro se petitioner, Olakunle Johnson Eddo, #50350-053, FMC-Devens, P. O. Box 879, Ayer, MA 01432.

               /s/Eugenia M. Carris
               Eugenia M. Carris