UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
OLAKUNLE JOHNSON, EDDO,        )
          Petitioner,          )
                               )      CIVIL ACTION
v.                             )      NO. 04-40223-RGS
                               )
DAVID L. WINN, Warden, et al.,)
          Respondents.         )
_____)
```

### RESPONDENTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

The respondents request that this Court extend the time up to and including December 30, 2004, to answer or otherwise respond to Plaintiff's Petition for Writ of Habeas Corpus. As grounds for this Motion, the undersigned counsel states that she has just learned that petitioner has filed an amendment to his petition. Counsel must obtain further information from the respondents in order to respond fully to the new petition.

WHEREFORE, the respondents respectfully request that this Court permit an extension of time up to and including December 30, 2004, to answer or otherwise respond to the Petition.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Eugenia M. Carris
EUGENIA M. CARRIS
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

 Because L.R. 7.1(A)(2) requires "counsel" to confer, and plaintiff is proceeding <u>pro</u> <u>se</u> and is incarcerated, counsel has not contacted plaintiff for his position on this motion.

           /s/Eugenia M. Carris
           EUGENIA M. CARRIS


CERTIFICATE OF SERVICE

 I hereby certify that the foregoing document was served upon Petitioner Olakunle Johnson Eddo, Reg. No. 50350-053, FMC Devens, P.O. Box 879, Ayer, MA 01432 by first class mail, postage prepaid on this date.

           /s/Eugenia M. Carris
           EUGENIA M. CARRIS


Dated: November 30, 2004