JOHNSON O. EDDO
#50350-053
USP ATLANTA

FILED
IN CLERKS OFFICE
2005 JAN 13 A 11: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

THE CLERK OF THE COURT
595 MAIN - WORC
WORCESTER, MA. 01608
01/07/05.

RE: EDDO VS. WINN et al.

TO WHOM IT MAY CONCERN

## MOTION OF INQUIRY

I was ~~moved from~~ transferred from FMC Devens on the 8th of December, 2004 and I have since been en-transit over at the hold-over at FTC Oklahoma until the 4th of January that I arrived at the hold-over in Atlanta. I do know that the institution FMC Devens (Respondent) was due to respond to my Ammendment brief on the 30th of Dec. but I do not, however, know the current status of this case because all of my correspondence are apparently being forwarded to my designation which happen to be FCI Edgefield, South Carolina (Medium facility).

Please forward all memos on the status of the above case to my current address in Atlanta

## MOTION FOR EXTENSION

Since I do not know how long that I might remain en-transit and all relevant paperworks and information are in my property, I respectfully request that the court grant an extension on the deadline (unknown to me at this time) on my opposing brief. Also,

Keep in mind that it is possible that my duration en-transit could further exceed the new deadline that the court might impose. In which case, I would once again respectfully ask that the court grant another extension. Thank you.

YOURS TRULY
J.O. EDDO [signature]