①

JOHNSON EDO  
#50350-053  
USP ATLANTA  
(HOLD OVER) P.O. Box 150160  
ATLANTA, GEORGIA 30315.

01/25/05

DISTRICT COURT OF MASSACHUSETTS  
~ 5 MAIN · WORC  
WORCESTER, MA 01608

RE: EDDO vs. Winn et al.  
28 USC 2241.

TO WHOM IT MAY CONCERN

## MOTION OF INQUIRY

I'm yet to receive a response to my letter which was sent to the court on the 4th of January, 2005, in which I notified the court of my inability to receive correspondence from this Court regarding my petition (2241) in this court in which the respondents were due to respond on the 30th of December, 2004. I was moved from FMC Devens on the 8th of December, 2004 and since left Oklahoma (hold over) on the 4th of January, 2005. I am respectfully requesting this honorable Court to bring me up on the various development on this petition since my leave from FMC Devens (12/08/04).

## MOTION FOR EXTENSION

In addition to the above request, I am respectfully asking the court to grant me an extension on my opposing brief, in which I at the moment, have no idea when it is due. I would also like the court to keep in mind that I

have no knowledge of how long my stay will be over here in Atlanta. However, it would be better that the Court do send all relevant response or correspondence to the above address (USP Atlanta) for the moment until I reach my designated facility over in FCI Edgefield, South Carolina. I will immediately notify this Honorable Court by writing once I arrive at the facility and probably ask for a little more time (extension) since all relevant document to this petition is in my property which I do not possess while in the holdover. Thank you.

YOUR'S TRULY,
Jo Codo Ekeani