UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

OLAKUNLE JOHNSON EDDO

      V.                                      CIVIL ACTION NO. 04-40223-RGS

DAVID L. WINN, ET AL

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                            **MARCH 22, 2005**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON RESPONDENT'S MOTION TO DISMISS ENTERED ON FEBRUARY 28, 2005,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED PETITION IS HEREBY DISMISSED FOR WANT OF JURISDICTION.

SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

**BY:**

                                /s/ Mary H. Johnson
                                  Deputy Clerk