OLAKUNLE JOHNSON EDDO
#50350-053
FCI EDGEFIELD
P.O. BOX 725
EDGEFIELD, S.C. 29824

FILED
CLERKS OFFICE
2005 MAR 28 P 2:29
U.S. DISTRICT COURT
DISTRICT OF MASS

OFFICE OF THE CLERK
U.S. DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

RE: Eddo vs Winn et al (Civil action #04-40223-RGS)

Dear Clerk of the Court,

This letter is submitted in Lieu, "MOTION TO ALTER OR AMEND OR AMEND JUDGMENT PURSUANT TO RULE 59(e), Fed. R. cv. Proc"

On March 14th, 2005, Petitioner Eddo received a copy of this court's "order and judgment" dated February 28, 2005, adopting the magistrate Judge report and recommendations in full and thereby, Dismissing petitioner's motion on grounds that petitioner did not exhaust his administrative remedies with the Bureau of Prisons.

Petitioner however, contends that in his "Amendment motion" and the "traverse", he included exhibits to prove that he had been 'disallowed' his due process by FMC Devens. Petitioner also informed the court that he did re-submit the BP-10 appeal to officer Washington while confined in the Special Housing Unit.

Petitioner respectfully request the court to grant a grace period in order to exhaust his administrative remedies with the Bureau of Prisons since he was previously denied his due process right in achieving such task. Petitioner will also like the court to advice him of the exact regional location in which the appeal should be directed or sent since petitioner previously encountered difficulty when he attempted to pursue an ongoing remedy (concerning his mail) to the region which he sent to the North East regional office but was rejected on grounds that petitioner must now send mentioned appeal to the regional office where he is currently designated (A copy of the regional response is being attached to this letter).

CONCLUSION

Petitioner prays that this honorable court will Alter or Amend it's order and judgment, and allow him the opportunity to exhaust his remedies while at the present institution and thereby allow him 'due process' and opportunity to a fair civil proceeding without prejudice.

03/14/05
DATE

J.O. EDDO [signature]
RESPECTFULLY SUBMITTED

CERTIFICATE OF SERVICE

I, Olakunle Johnson Eddo, pro-se, hereby certify under penalty of perjury that I have mailed a true and correct copy of the enclosed "Motion to Alter or Amend Pursuant to Rule 59(e)," upon the below named party by mail:

U.S. ATTORNEY'S OFFICE
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210

03/14/05
DATE

J.O EDDO
RESPECTFULLY SUBMITTED
OLAKUNLE J. EDDO
#50350-053
FCI EDGEFIELD
P.O. BOX 725
EDGEFIELD, SC 29824