

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

Main Number: (617) 748-3100
Fax No. (617) 748-3971

*John Joseph Moakley United States Courthouse*
1 Courthouse Way - Suite 9200
Boston, Massachusetts 02210

April 8, 2005

**BY HAND DELIVERY**
Inmate Olakunle Johnson Eddo
Reg. No. 50350-053
FCI Edgefield
Post Office Box 725
Edgefield, SC 29824

Re:   Olakunle Johnson Eddo v. Winn, Warden, et al., Civil Action No. 04-40223-RGS

Dear Mr. Eddo,

   Pursuant to the Court's April 4, 2005 Order in the above matter, I write to provide you with the "exact regional location" in which to direct your administrative remedy appeal regarding the issue of your legal mail.

   Because you were in transit from December 8, 2004 through January 26, 2005, it is not clear when you received the Response to Request for Administrative Remedy Number 354678-F2. Therefore, you are being permitted to resubmit your appeal in proper form to the Regional Director at: Bureau of Prisons, Southeast Regional Office, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia 30331. Your appeal must be received in the Southeast Regional Office within 10 days of your receipt of this letter.

   Please be advised that as to filing future administrative remedy appeals, in accordance with Program Statement 1330.13, Administrative Remedy Program, the appropriate regional office to process the appeal is the regional office for the institution where you are confined at the time of mailing the appeal, regardless of the institution that responded to the initial filing.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /s/Eugenia M. Carris
                              Eugenia M. Carris
                              Assistant U.S. Attorney

cc:   Honorable Richard G. Stearns
      Craig Simmons, SE Region Administrative Remedy Coordinator