OLAKUNLE J. EDDO
# 50350-053
F.C.I EDGEFIELD
501 GARY HILL RD.
P.O. BOX 725
EDGEFIELD, S.C. 29824.

FILED
IN CLERKS OFFICE

2005 MAY 20  P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSSETTS
05/16/05

RE: CIVIL ACTION NO 04-40223 RGS
EDDO VS. WINN

THE CLERK OF THE COURT

I am in receipt of the court order (that was not dated) which is a response to the petitioner's letter filed on March 28, 2005. I am very grateful and I have tried to exhaust my remedy eversince. It was returned on two occassions and was finally accepted. I have been given a receipt for a response date of June 8, 2005. That remedy was addressed to the Regional Office.

Once it is denied on the 8th of June, the next and final stage will be to Washington D.C. Petitioner is now requesting that the honorable court consider this time factor in achieving his 'Due Process' and thereby extend the 60 days deadline.

Affixed are both receipts for administrative remedy. Thank you.

RESPECTFULLY SUBMITTED
J.O. EDDO
05/16/05.

```
                    RECEIPT - ADMINISTRATIVE REMEDY



DATE: MAY 13, 2005



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : OLAKUNLE JOHNSON EDDO, 50350-053
      EDGEFIELD FCI    UNT: A1/2M    QTR: A01-109L



THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 356779-R4
DATE RECEIVED   : MAY 9, 2005
RESPONSE DUE    : JUNE 8, 2005
SUBJECT 1       : DHO APPEAL - COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2       :
INCIDENT RPT NO: 1238463
```

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 27, 2005


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : OLAKUNLE JOHNSON EDDO, 50350-053
      EDGEFIELD FCI    UNT: A1/2M    QTR: A01-109L
      P.O. BOX 723
      EDGEFIELD, SC 29824


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 356779-R3       REGIONAL APPEAL
DATE RECEIVED   : APRIL 25, 2004
SUBJECT 1       : DHO APPEAL - COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2       :
INCIDENT RPT NO: 1238463

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE   DHO REPORT YOU
                 WISH TO APPEAL OR    IDENTIFY THE CHARGES AND DATE
                 OF THE DHO ACTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.
```